UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:13-CR- 0200 |
|---|---|---|
| | * | |
| VERSUS | * | 29 U.S.C. § 501(c) |
| | * | Judge Elizabeth Foote |
| CALVIN SANDERS, Sr.   (01) | * | Mag. Judge Patrick Hanna |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

THEFT OF LABOR UNION FUNDS
29 U.S.C. § 501(c)

Beginning in or about October, 2008, and continuing until in or about January, 2010, in the Lafayette Division within the Western District of Louisiana, the defendant, CALVIN SANDERS, Sr., while an officer, that is, president of United Food and Commercial Workers, Local 638C, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to the defendant's own use moneys, funds, securities, property, and other assets of said labor organization between the amounts of $10,000.00 and $30,000.00, all in violation of Title 29, United States Code, Section 501(c).  [29 U.S.C. § 501(c)].

STEPHANIE A. FINLEY
United States Attorney

By: *[signature: James T. McManus]*
JAMES T. McMANUS, ID # 18334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618